1  **WO**

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

10 LAWRENCE V. CLINKSCALE,        )   No. CV 11-1792-PHX-RCB (DKD)
                                  )
11         Plaintiff,              )   **ORDER FOR PAYMENT**
                                  )
12 vs.                             )   **OF INMATE FILING FEE**
                                  )
13 C.O. BROWN, et al.,             )
                                  )
14         Defendants.             )
                                  )

16 **TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

17       Plaintiff Lawrence V. Clinkscale, inmate #209407, who is confined in the Arizona State Prison Complex, Special Management Unit I (SMU I), in Florence, Arizona, must pay the statutory filing fee of $350.00. Plaintiff is not assessed an initial partial filing fee. Plaintiff must pay the filing fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

24 **IT IS ORDERED:**

25       (1)   The Director of the Arizona Department of Corrections or his designee must collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income the account. Payments must be forwarded to the Clerk of

1 Court each time the amount in the account exceeds $10.00.  The payments must be clearly
2 identified by the name and number assigned to this action.
3     (2)    The Director of the Arizona Department of Corrections or his designee must
4 notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
5 institution other than the Arizona Department of Corrections, so new billing arrangements
6 may be made to collect any outstanding balance.
7     (3)    The Clerk of Court must serve by mail a copy of this Order on the Director of
8 the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.
9     (4)    The Clerk of Court must forward a copy of this Order to Financial
10 Administration for the Phoenix Division of the United States District Court for the District
11 of Arizona.  Financial Administration must set up an account to receive payments on the
12 filing fee for this action and must notify the Court when the filing fee is paid in full.
13 DATED this 28th day of October, 2011.

Robert C. Broomfield
Senior United States District Judge

- 2 -